ALICE P. WILKINSON, as Administratrix of the Estate of ORRIN D. WILKINSON, Deceased, Respondent, *v.* RALPH BOEHM et al., Appellants.

(Argued March 31, 1932; decided April 26, 1932.)

*Charles B. Sullivan* for William Haas, appellant.

*Douglas S. Rider* for Ralph Boehm and Harry Haas, appellants.

*Lester Robert Smith*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.